Núm. 8094.—SANCHO BONET, TES., dmdte. *v.* BANCO TERRITORIAL Y AGRÍCOLA, ETC., apldo. y SCHRODER, aplte.—C. D. San Juan. ██ Enero 24, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la Corte de Distrito de San Juan el 15 de julio de 1936 y en el caso sobre administración judicial núm. 17,493, pendiente ante ella, declaró sin lugar la solicitud sobre preferencia de créditos que le presentara el interventor Ramón Schroder; y

POR CUANTO, apelada que fué por Schroder la resolución de la Corte desde julio 28, 1936, nada ha hecho para perfeccionar el recurso, motivo por el cual la parte apelada por moción de noviembre 10, 1939, notificada al apelante y vista en enero quince actual, pidió su desestimación:

POR TANTO, de acuerdo con la ley, las reglas y la jurisprudencia aplicables, se declara la moción con lugar y en su consecuencia se desestima, por abandono, el recurso.

El Juez Asociado Sr. De Jesús no intervino.